■ In the Matter of WILLIAM T. BOYD et al., Respondents, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Appellants.— Judgment, Supreme Court, New York County, entered on or about August 19, 1977, unanimously affirmed for the reasons stated by Kassal, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Evans and Lane, JJ.